### STATE v. W. F. McFARLAND.

#### (Filed 28 September, 1927.)

APPEAL by defendant from *Harris, J.,* at May Term, 1927, of LEE. No error.

From judgment upon verdict finding defendant guilty of assault, causing serious damage to J. M. Monroe, defendant appealed to the Supreme Court.

*Attorney-General Brummitt and Assistant Attorney-General Nash for the State.*

*Seawell & McPherson and Hoyle & Hoyle for defendant.*

PER CURIAM. The evidence in support of the verdict in this case is plenary. Defendant's contention that the assault was committed in his self-defense was properly submitted to the jury, and not sustained. We find no reversible error, and the judgment is affirmed.

No error.